UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 21-13385 |
| | : | |
| KENNETH A. WELSH | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Shawn P. Barnes, Assistant United States Attorney), and Defendant Kenneth A. Welsh (by David Holman, Esq.), for an Order granting a seventh continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including February 28, 2023, and the Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the Defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2)     Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which

would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

     (3)    The defendant has consented to the above-referenced continuance; and

     (4)    As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 4th day of January, 2023,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including February 28, 2023; and it is further

ORDERED that the period from the date this order is signed through and including February 28, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. LEDA DUNN WETTRE
United States Magistrate Judge

Form and entry consented to:

_____
Shawn P. Barnes
Assistant United States Attorney

_____
David Holman, Esq.
Counsel for Kenneth A. Welsh